UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERNEST R. GIBSON, JR.,
FDOC Inmate No. 281824,
    Plaintiff,

vs.                                                      Case No.: 3:21cv3947/MCR/EMT

CLEMONS, et al.,
    Defendants.
_____/

# **ORDER**

      The chief magistrate judge issued a Report and Recommendation on January 19, 2022 (ECF No. 9).  The court furnished Plaintiff with a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed a notice of Continuous Supporting Evidence Claims (ECF No. 10) and a third Motion to Proceed *in forma pauperis* (ECF No. 11). Otherwise, there have been no timely filed objections.

      Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), based on Plaintiff's failure to pay the filing fee at the time he initiated this action.

3. All pending motions are **DENIED as moot**.

4. The clerk of court is directed to enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**